United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOSLEY<br><br>        Plaintiff,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>      Defendant. | Case No.  16-cv-00139-WHA<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  To Be Determined<br>Mediator:  Geoffrey White |

IT IS HEREBY ORDERED that the joint-request to excuse plaintiff Robert Bosley and defendant Metropolitan Life Insurance Company's representative, Hadi Niforoshan, from appearing in person at the mediation scheduled for either June 30, 2016, or July 1, 2016, before Geoffrey White is GRANTED.  Mr. Bosley and Mr. Niforoshan shall participate actively for the duration of the mediation by joining either through video conference or telephonically as set forth in ADR L.R. 6-10(f).

      **IT IS SO ORDERED**.

Dated: June 28, 2016

_____
Maria-Elena James
United States Magistrate Judge