# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT BOSLEY, | ) | Case No.: 03:16-cv-00139 WHA |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER TO CONTINUE DEADLINE FOR DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY TO FILE ADMINISTRATIVE RECORD AND MOTION FOR SUMMARY JUDGMENT |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) ) ) | |
| vs. | ) | |
| Defendant. | ) ) ) ) | |

Having considered the Joint Stipulation requesting that this Court continue, by thirty weeks, and until August 15, 2016, the deadline for defendant to file the administrative record and its motion for summary judgment, and for good cause shown, IT IS HEREBY ORDERED that the Parties' request is granted, and the order entered on May 5, 2016 is modified as follows: (1) MetLife will file the administrative record and its motion for summary judgment on or before August 15, 2016; (2) MetLife's motion will be heard on September 22, 2016; and (3) plaintiff's opposition and any request for discovery shall be filed three weeks before the hearing, with any reply thereto two weeks before the hearing.

Dated: July 6, 2016

_____
WILLIAM ALSUP
United States District Court Judge

---

[PROPOSED] ORDER TO CONTINUE DEADLINE FOR DEFENDANT TO FILE
ADMINISTRATIVE RECORD AND MOTION FOR SUMMARY JUDGMENT