IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOSLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant.<br>                                           / | No. C 16-00139 WHA<br><br>**ORDER SETTING HEARING AND RESCHEDULING CASE MANAGEMENT CONFERENCE** |

     Plaintiff's motion for summary judgment has been held in abeyance since September 30 pending additional discovery (Dkt. No. 38 at 8–9). As directed by the Court's prior order, both parties timely submitted supplemental briefing (Dkt. Nos. 39, 49). A hearing on the motion is set for **DECEMBER 1 AT 8:00 A.M.** The case management conference currently set for the same day is rescheduled from 11:00 a.m. to **8:00 A.M.**

     **IT IS SO ORDERED.**

Dated: November 17, 2016.

                                                                      WILLIAM ALSUP<br>
                                                                      UNITED STATES DISTRICT JUDGE