**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT BOSLEY,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

No. C 16-00139 WHA

**ORDER CONTINUING DEADLINE RE INDEPENDENT MEDICAL EXPERT**

The Court has considered the parties' joint stipulation to continue the deadline, set forth in a prior order (Dkt. No. 54), to jointly propose a qualified independent medical expert or show cause why such an expert should not be appointed. The deadline is continued from today to **JANUARY 20**. If the parties cannot agree to a joint proposal by that date and the Court decides to appoint an independent medical expert, such appointment will be without the parties' input.

**IT IS SO ORDERED.**

Dated: January 11, 2017.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE