IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOSLEY, | No. C 16-00139 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING FINAL PRETRIAL CONFERENCE** |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. / | |

The Court has reviewed the parties' joint proposal indicating their opposition to appointing an independent medical expert, introducing extra-record evidence, or participating in a bench trial in this matter (Dkt. No. 57). This order sets a final pretrial conference for **FEBRUARY 22 AT 3:00 P.M.**

**IT IS SO ORDERED.**

Dated: January 24, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE