IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT BOSLEY,

    Plaintiff,

  v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.
                                    /

No. C 16-00139 WHA

**FINAL PRETRIAL ORDER**

    **FOR GOOD CAUSE** and after a final pretrial conference, the following constitutes the final pretrial order:

1. By agreement of both sides, this matter shall go to a **BENCH TRIAL ON THE ADMINISTRATIVE RECORD** on **MARCH 29 AT 8:00 A.M.** Each side shall have 45 minutes to present its closing argument and may submit a short trial brief.

2. Also by agreement of both sides, the administrative record includes plaintiff's two prior long-term disability claims submitted in 2009 and 2011 in addition to the 2014 long-term disability claim for which plaintiff now seeks review.

    **IT IS SO ORDERED.**

Dated: March 16, 2017.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE